# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELIZABETH C. EURE

VERSUS

DONALD C. EURE

NO.  2021 CW 0495

**JULY 30, 2021**

---

In Re:    Donald C. Eure, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 116074.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(9) and (10). Relator, Donald C. Eure, failed to include any opposition and attachments thereto or a statement that no opposition was filed and failed to include a copy of the pertinent court minutes. In addition, an evidentiary hearing was held on March 5, 2021, and accordingly, this court should be provided with the transcript of that hearing and all evidence introduced therein in the event a new application is filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 30, 2021, and must contain a copy of this ruling.

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT